IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01723-RPM

ALEX S. TORRES,

        Plaintiff,

v.

QIVIUT, INC., a foreign corporation; and
SANDRA MYERS, individually and in her capacity as supervisor,

        Defendants.

---

## ORDER

---

       Upon consideration of Defendants' Motion to Amend Answer (Doc. #10), filed on January 20, 2005, it is

       ORDERED that the motion is granted and the tendered amended answer attached thereto is ordered filed and it is

       FURTHER ORDERED that the Scheduling Order is modified accordingly.

Dated: January 24, 2006

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge