IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-1723-RPM-BNB

ALEX S. TORRES,

    Plaintiff,

v.

QIVIUT, INC., a foreign corporation; and SANDRA MYERS, individually and in her capacity as supervisor.

    Defendants.

## ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

The Court, having reviewed the Unopposed Motion to Amend Scheduling Order, and being fully advised in the premises,

FINDS that the motion is meritorious and should be granted.

IT IS ORDERED that the deadlines for discovery, expert disclosure and dispositive motions are extended as follows:

-     Discovery Cut-Off:    July 11, 2006

-     Dispositive Motion Deadline:  August 11, 2006

-     Expert Witness Disclosure:

The parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in -Fed.R.Civ.P. 26(a)(2) on or before May 2, 2006.

The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before June 13, 2006.

- Interrogatory Schedule: The parties shall serve all written interrogatories by June 2, 2006.

- Schedule for Request for Production of Documents: The parties shall serve all production requests by June 2, 2006.

Date: March 16th, 2006

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
Senior District Judge