IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-1723-RPM

ALEX S. TORRES,

                Plaintiff,

v.

QIVIUT, INC., a foreign corporation; and SANDRA MYERS, individually and in her capacity as supervisor,

                Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO DEPOSE DR. KOBYASHI AFTER THE DISCOVERY DEADLINE

THIS COURT, having considered Defendant's *Motion for Leave to Depose Dr. Kobyashi After the Discovery Deadline* and for good cause shown:

IT IS HEREBY ORDERED that the motion for leave to depose Dr. Kobyashi after the discovery deadline is granted.  The discovery deadline is extended, for the limited purpose of taking the deposition of Dr. Kobyashi, up to and including July 31, 2006.

Dated this 12th day of July, 2006.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                Senior District Judge, United States District Court