IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01723-RPM

ALEX S. TORRES,

        Plaintiff,

v.

QIVIUT, INC., a foreign corporation; and
SANDRA MYERS, individually and in her capacity as supervisor,

        Defendants.

---

ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

      The defendants have moved for summary judgment of dismissal of all of the plaintiff's claims arising out of the termination of his employment by Qiviut, Inc., as a telephone scheduler of appointments for pick up of donations for the Lupus Foundation. That termination was based on the implementation of the employer's guidelines for unexcused absences. The plaintiff has shown sufficient evidentiary support for his claim that the insistence on adherence to the work schedule for October 5, 2004, and rejection of his request to change that schedule may be considered an unreasonable refusal to accommodate him as a qualified individual under the Americans with Disabilities Act. Accordingly, that claim should be determined by a jury.

      The plaintiff has failed to show any factual basis that would support his other claims for relief under Colorado law. Additionally, the individual defendant Sandra

Myers has no liability for the ADA claim.

Upon the foregoing it is

ORDERED that the defendants' motion for summary judgment is granted as to all claims other than the plaintiff's claim for failure to accommodate his disability under the Americans with Disabilities Act by terminating him as a result of his failure to report for work on October 5, 2004.

Dated: March 13, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge