IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01723-RPM

ALEX S. TORRES,

        Plaintiff,

v.

QIVIUT, INC., a foreign corporation,

        Defendant.

## ORDER SETTING TRIAL DATE

        Pursuant to the pretrial conference convened today, it is

        ORDERED that this matter is set for trial to jury on **October 15, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

        Dated:  June 5, 2007

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge