IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01723-RPM

ALEX S. TORRES,

    Plaintiff,

v.

QIVIUT, INC., a foreign corporation,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal with Prejudice, it is

ORDERED that the stipulation is approved and this civil action is dismissed with prejudice, each side to bear his or its own costs and attorneys' fees.

Dated: October 12th, 2007

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge